JEREMIAH T. BOYLE, Respondent, v. RICHARD GRAHAM AND WIFE, Appellants.

*Appeal from St. Louis Land Court.*

BATES, Judge, delivered the opinion of the court.

This case is similar to that of Boyle v. Chambers, decided at this term, and for the reasons given in the opinion in that case the judgment is affirmed.

Judges Bay and Dryden concur.